# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQULIN KRAVABLOSKI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1306 |
| v. | : | JUDGE MANNION |
| OM GANESH ONE, INC., d/b/a WIRELESS NATION TCC; TTC, VERIZON WIRELESS; VERIZON WIRELESS; and HARDIK SHAH, | : : | |
| Defendants | : : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

the Corporate Defendants' motion for summary judgment, **(Doc. 9)**, is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 21, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1306-01-ORDER.wpd